IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-092-SLR |
| ) | |
| PATRICIA HOPKINS, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 17th day of January, 2007, having been advised by counsel that defendant intends to change her plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Tuesday, February 20, 2007 at 8:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **February 20, 2007** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge