IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>PATRICIA L. HOPKINS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Criminal Action No. 06-92-SLR<br>)<br>)<br>)<br>) |

**GOVERNMENT'S UNOPPOSED MOTION TO SCHEDULE
COMBINED CHANGE OF PLEA AND SENTENCING HEARING**

COMES NOW, the United States of America by and through its attorneys Colm F. Connolly, United States Attorney for the District of Delaware, and Leonard P. Stark, Assistant United States Attorney for the District of Delaware, to request that the Court schedule a combined Change of Plea and Sentencing Hearing. This Motion is unopposed by Defendant. In support of the Motion, the government states as follows:

1. On June 7, 2006, Defendant was indicted in the District of South Carolina on one count of conspiracy to distribute and possess with intent to distribute Oxycodone (commonly known as OxyContin), a schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

2. On August 17, 2006, Defendant and her counsel in the District of South Carolina executed a Memorandum of Plea Agreement.

3. On August 29, 2006, at the request of Defendant, with the consent of the United States Attorneys for the Districts of Delaware and South Carolina, and pursuant to Fed. R. Crim. Proc. 20, Defendant's case was transferred to the District of Delaware for purposes of entry of Defendant's guilty plea and sentencing.

4. On November 9, 2006, Defendant had her initial appearance in this District.

5. At the request of both parties, this Court scheduled a Change of Plea hearing for February 20, 2007. However, on February 16, 2007, again at the request of the parties, this hearing was cancelled. The parties' sought cancellation of the hearing because it appeared that the Court might be required, upon entry of a guilty plea, to detain Defendant, *see* 18 U.S.C. § 3143(a)(2), yet Defendant is scheduled for major surgery (total knee replacement) next week (which will entail a lengthy and difficult rehabilitation process), and Defendant does not appear to pose a risk of flight or ongoing danger to the community.

6. Subject to approval of the Court, the parties propose to proceed as follows: Defendant has agreed to execute the necessary forms to permit the Probation Office to prepare the Pre-Sentence Report prior to entry of her guilty plea; Defendant would then enter her guilty plea and be sentenced at a combined Change of Plea and Sentencing Hearing. The parties request that this Court schedule such a hearing for a date not before June 1, 2007.

7. The parties do not believe that their proposed approach raises any concerns under the Speedy Trial Act. That Act requires, *inter alia*, that trial on an indictment commence within seventy days of the initial appearance "[i]n any case in which a plea of not guilty is entered." 18 U.S.C. § 3161(c)(1). Here, Defendant has not been arraigned; therefore, Defendant has not entered a plea of not guilty and has no intention of doing so. To the contrary, pursuant to the terms of Defendant's transfer as well as Rule 20, Defendant is required to enter a plea of guilty or this matter must be transferred back to the District of South Carolina. *See* Fed. R. Crim. Proc. 20(c).

8. Defense counsel, Christopher S. Koyste, has authorized undersigned counsel to represent that Defendant does not oppose this Motion.

Accordingly, the government respectfully requests that this Court schedule a combined Change of Plea and Sentencing Hearing for a date not before June 1, 2007.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

BY:     Leonard P. Stark
         Assistant United States Attorney

Dated: February 21, 2007

## CERTIFICATE OF SERVICE

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that on February 21, 2007, I electronically filed the foregoing:

**GOVERNMENT'S UNOPPOSED MOTION TO SCHEDULE COMBINED CHANGE OF PLEA AND SENTENCING HEARING**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

>Christopher S. Koyste, Esquire
>Assistant Federal Public Defender
>704 King Street, Suite 110
>Wilmington, Delaware 19801

*Theresa A. Jordan*