IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : | |
| v. | : : | Criminal Action No. 06-92-SLR |
| PATRICIA L. HOPKINS, | : : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF CHANGE OF PLEA/SENTENCING HEARING**

Defendant, Patricia L. Hopkins, by and through her undersigned counsel, Eleni Kousoulis, hereby moves the Court for an Order continuing the Change of Plea/Sentencing Hearing in this case.

In support of this motion, Ms. Hopkins submits as follows:

1. On or about November 9, 2006, the Federal Public Defender's Office was appointed to represent Ms. Hopkins, who is charged under Indictment with conspiracy to distribute Oxycontin, in violation of 18 U.S.C. § 841(a)(1) and (b)(1)(c). The charges originated in the District of South Carolina and the case was transferred to the District of Delaware pursuant to Rule 20 of the Federal Criminal Code and Rules. Ms. Hopkins' Change of Plea/Sentencing Hearing is currently set for June 25, 2007.

2. The matter was assigned to Christopher S. Koyste, Assistant Federal Public Defender, as trial counsel.

3. On June 1, 2007, Mr. Koyste resigned from the Federal Public Defender's Office. As such, Eleni Kousoulis, Assistant Federal Public Defender, was assigned the case as trial counsel.

4.   Because of the reassignment, Ms. Kousoulis requires additional time to meet with Ms. Hopkins and familiarize herself with the case to prepare for the change of plea and sentencing.

5.   Accordingly, Ms. Hopkins believes that, in the interests of justice, a forty-five day continuance of the Change of Plea/Sentencing Hearing is warranted.

6.   Leonard P. Stark, Assistant United States Attorney, counsel for the government, does not oppose this request.

WHEREFORE, it is respectfully requested that this Court issue an Order continuing the Sentencing Hearing to anytime after August 9, 2007.

Respectfully Submitted,

/s/
Eleni Kousoulis
Assistant Federal Public Defender

Attorney for Defendant Patricia L. Hopkins

One Customs House
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com

Dated: June 12, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-92-SLR |
| | : | |
| PATRICIA L. HOPKINS, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Unopposed Motion For Continuance Of Change of Plea/Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that Defendant Hopkins' Change of Plea/Sentencing Hearing shall be on the ____ day of _____, 2007, at _____ a.m./p.m.

 

                                              Honorable Sue L. Robinson
                                              United States District Court