IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-92-SLR |
| PATRICIA L. HOPKINS, | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Unopposed Motion For Continuance Of Change of Plea/Sentencing Hearing;

**IT IS HEREBY ORDERED** this __12th__ day of __June__, 2007, that Defendant Hopkins' Change of Plea/Sentencing Hearing shall be on the __23d__ day of __August__ 2007, at __4:30__ a.m./p.m.

_____
Honorable Sue L. Robinson
United States District Court