IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Criminal Action No.06-92-SLR

PATRICIA L. HOPKINS

    Defendant,

## ORDER FOR RETURN OF DEED

On, June 16, 2006, Patricia L. Hopkins and John B. Hopkins posted the deed to property located in Millsboro, Delaware as collateral for bail for the defendant, Patricia L. Hopkins , and on August 27, 2007 the defendant was sentenced to twelve months and one day imprisonment and three years supervised release and on October 23, 2007 she surrendered for service of her sentence at the institution designated by the Bureau of Prisons.  As it is no longer necessary for this Court to hold the collateral,

IT IS HEREBY ORDERED that the Clerk of this Court return the deed to John B. Hopkins.

____10/29/07____                           _____
Date                                           United States District Judge