OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

*[FILED STAMP: DISTRICT OF DELAWARE 2007 NOV -9 PM 1:02]*

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

UNITED STATES OF AMERICA

      v.                      Criminal Action No. 06-92-SLR

PATRICIA L. HOPKINS

### ACKNOWLEDGMENT OF RECEIPT

      Pursuant to the Order signed by The Honorable Sue L. Robinson, I hereby acknowledge receipt of the deed to property located in Millsboro, Delaware which was posted as bail in the above case.

_Nov 6    07_
DATE

_John C Hopkins_
Signature

Deed

```
         UNITED STATES
         DISTRICT COURT
          District of Delaware
             Wilm. Division

         # 143818  -  EW
          June 16, 2006

   Code      Case #      Qty      Amount


   Total->                         0.00


 FROM: JOHN & PATRICIA HOPKINS
       ▓▓▓▓▓▓▓▓▓▓▓▓▓
       MILLBORO, DE 19966
       DEED TO ABOVE(06-78M)
```